IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. BRIDGEFORTH,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. CV-F-00-6107 MDC<br>(No. CR-F-96-5307 MDC)<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

　　The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right. IT IS SO ORDERED.

**Dated: August 17, 2005**　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1